UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14029-DMM

UNITED STATES OF AMERICA

v.

ARIEL MADERO PAEZ,

Defendant.

## NOTICE ON FINAL FORFEITURE

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Final Forfeiture:

1. On August 8, 2022, pursuant to 18 U.S.C. § 982(a)(7), the Court entered a Preliminary Order of Forfeiture, ECF No. 28, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property"):

   i. The contents of JP Morgan Chase account #657789225 in the name of Always Medical Supply LLC;

   ii. The contents of JP Morgan Chase account #785308625 in the name of Ariel Madero Paez; and

   iii. Cash in the amount of $6,241.00.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 34; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential

claimant with standing to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture. See Fed. R. Crim. P. 32.2(b)(6); accord 21 U.S.C. § 853(n)(1).

4. The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

6. The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the Property in accordance with applicable law.

7. Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ Peter A. Laserna
Peter A. Laserna
Assistant United States Attorney
Court ID No. A5502555
United States Attorney's Office
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
(954) 660-5770 / Peter.Laserna@usdoj.gov